IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00958-WYD-BNB

LOU HODGES,

Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania insurance company,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulation Regarding Plaintiff's Motion Requesting Discovery** [docket no. 15, filed August 8, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The hearing set for **August 21, 2014**, is **VACATED**.

IT IS FURTHER ORDERED that pursuant to the Stipulation [15], the **Plaintiff's Motion Requesting Discovery** [12] is **GRANTED.**  The defendant is to respond to the requests for production on or before **September 2, 2014**.

DATED:  August 8, 2014