IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00958-WYD-BNB

LOU HODGES,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Insurance Company,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion for Leave to File Overlength Brief (ECF No. 18) is **GRANTED.**  The proposed brief, filed with the pending motion, is accepted for filing.

    Dated:  October 17, 2014