IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-00958-WYD-NYW

LOU HODGES,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Insurance Company,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    The parties' Joint Motion for Determination filed December 5, 2014 (ECF No. 30) is **GRANTED**.  A ruling will be issued shortly in this case.

    Dated:  September 30, 2015.